### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

MARY J. HAMRICK, DAVID B. BECKLEY, )
and VALENTIN RODRIGUEZ, on behalf of )
themselves and all others similarly situated, )
                      )
              Plaintiffs, )
                      )       C.A. No. 23-238-MN
      v. )
                      )
E.I. DU PONT DE NEMOURS AND )
COMPANY, the ADMINISTRATION )
COMMITTEE OF THE DUPONT PENSION )
AND RETIREMENT PLAN and JOHN/JANE )
DOES 1-5, )
                      )
              Defendants. )

### DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' CLASS ACTION COMPLAINT

Plaintiffs Mary J. Hamrick, David B. Beckley, and Valentin Rodriguez (collectively, the "Plaintiffs") filed a Class Action Complaint (D.I. 1) against Defendants E.I. du Pont de Nemours and Company, The Benefit Plans Administrative Committee,[1] and John/Jane Does 1-5 (collectively, the "Defendants"). Defendants, through the undersigned counsel, respectfully move this Court for an Order pursuant to Fed. R. Civ. P. 12(b)(6) granting Defendants' Motion to Dismiss Plaintiffs' Class Action Complaint, dismissing the Class Action Complaint (D.I. 1), and awarding Defendants further relief as the Court may deem just and proper. This motion is supported by an Opening Brief filed herewith.

---

[1] Plaintiffs refer to the Plan administrator as "The Administration Committee of the DuPont Pension and Retirement Plan." That is not the correct name of the Plan administrator. Defendants have included the corrected name of Plan administrator above and in the Opening Brief.

Dated:  May 26, 2023

BARNES & THORNBURG LLP

By: */s/ Chad S.C. Stover*
Chad S.C. Stover (I.D. #4919)
222 Delaware Avenue
Suite 1200
Wilmington, DE 19801
302-300-3474
chad.stover@btlaw.com


COVINGTON & BURLING LLP

Christian J. Pistilli
Laura Flahive Wu
Robert Newman
Nicholas Pastan
850 Tenth Street, NW
Washington, DC 20001-4956
cpistilli@cov.com
lflahivewu@cov.com
rnewman@cov.com
npastan@cov.com

*Attorneys for Defendants*